Jeffry Locke
530 Alameda Del Prado, #396
Novato, CA 94949
Telephone: (415) 413-4401

Trustee in Bankruptcy

FILED
DEC 04 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| In re: | Case No. 05-11982 AJ |
|---|---|
| Bradley Video, Inc. A CA corp | Chapter 7 |
| | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,911.23. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 50 | San Jose Mercury News (ADMINISTRATIVE)<br>c/o Joseph D. Frank, Frank/Gecker, LLP, 325 North LaSalle Street, Suite 625<br>Chicago, IL 60610 | 5,751.60 | 1,426.19 |
| DOC19 5 | Donahue Schriber Realty Group, L.P.<br>L. Kent Wyatt, Esq., Hardy Erich Brown &, P.O. Box 13530<br>Sacramento, CA 958534530 | 1,956.10 | 485.04 |
| | Total Unclaimed Dividends | | $1,911.23 |

Dated: November 30, 2009

_____
Jeffry Locke, TRUSTEE

Case: 05-11982   Doc# 224   Filed: 12/04/09   Entered: 12/15/09 12:24:26   Page 1 of 1